UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff and Judgment Creditor,<br><br>    v.<br><br>MICHAEL JAMES BRADY,<br><br>    Defendant and Judgment Debtor.<br><br>WINDSTREAM SERVICES II, LLC, (and its Successors and Assignees)<br><br>    Garnishee. | No. 1:21-mc-00133-DAD-BAM<br><br>ORDER TERMINATING WAGE GARNISHMENT<br><br>(Doc. No. 16) |

    This matter is before the court on plaintiff United States' application for an order terminating wage garnishment. (Doc. No. 16.) As set forth in plaintiff's application, the United States garnished defendant Brady's wages from his employer, Windstream Services II, LLC. (*Id.*) The United States now requests that the writ of wage garnishment be terminated pursuant to 28 U.S.C. § 3205(c)(10)(B) because defendant Brady is no longer employed with Windstream Services II, LLC. (*Id.*)

/////

1

Good cause appearing from the review of the court files and the United States' application for an order terminating wage garnishment, the United States' application (Doc. No. 16) will be granted. The writ of garnishment issued against defendant Michael James Brady is hereby terminated pursuant to 28 U.S.C. § 3205(c)(10)(B). The Clerk of the Court is directed to close this miscellaneous case.

IT IS SO ORDERED.

Dated: __April 19, 2022__         /s/ Dale A. Drozd
                                  UNITED STATES DISTRICT JUDGE